ACCEPTED
12-15-00096-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/7/2015 3:41:01 PM
CATHY LUSK
CLERK

## CAUSE NO. 12-15-00096-CV

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE COURT OF APPEALS |
| | § | |
| | § | |
| M.W. | § | 12TH JUDICIAL DISTRICT |
| | § | |
| A JUVENILE | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/7/2015 3:41:01 PM
CATHY S. LUSK
Clerk

---

## STATE'S MOTION FOR EXTENSION OF TIME FOR FILING OF BRIEF

---

**TO THE HONORABLE JUDGES OF SAID COURT:**

Comes now the State of Texas, and presents its Motion for Extension of Time for Filing of the State's Brief in the above cause, and in support of this motion, would should the Honorable Court the following:

A. This case was originally disposed of by a jury trial in the 145th District Court of Nacogdoches County, Texas, the Honorable Campbell Cox presiding.

B. The trial court case number was J1402025, and the case was styled IN THE MATTER OF M.W., A JUVENILE.

C. Appellant was found to have engaged in the delinquent conduct of Retaliation.

D. The trial court found that Appellant was in need of rehabilitation and placed her on ten months probation.

E. Appellant filed her brief on July 3, 2015. The State's brief was due to be filed in this Court on or before August 5, 2015.

F. There have been no extensions of time requested or granted to the State in this matter.

G. Pursuant to T.R.A.P. Rules 2 and 10.5(b), the State is seeking the Court's indulgence on an extension in order to allow the State an opportunity for timely filing its brief, two days after its original due date.

H. The facts relied upon to support this request are as follows:

I, Carrie Gilcrease, the undersigned Assistant District Attorney, am one of four attorneys in this office.

Since the filing of Appellant's brief, I have worked steadily on this and other cases including the following:

1. *State v. Jeffrey Batson*, F1420617, Endangering a Child jury selection July 6, 2015, two day jury trial beginning 7/13/15.

2. *State v. Vyron Johns*, Burglary and Aggravated Assault, jury trial set for August 3, 2015, pled on July 17, 2015.

3. *State v. Donald Davis,* murder, recommitment hearing on August 3, 2015.

This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the arguments in Applicant's brief. No further delay will be necessary as the State's brief is attached to this motion.

**Wherefore**, this request is respectfully made that the Court grant the State the opportunity of filing its brief, filed on August 6, 2015.

Respectfully submitted,

Carrie Gilcrease, SBN 24053934
Assistant District Attorney
Nacogdoches County, Texas
101 W. Main St. Suite 250
(936)560-7766
(936)560-6036 (fax)

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on ___8/7/15_____, personally appeared _____Carrie Gilcrease_____, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within her personal knowledge and are true and correct.

NOTARY PUBLIC- State of Texas

BOBBI CAROL PAUGH
Notary Public
STATE OF TEXAS
My Comm. Exp. JANUARY 28, 2018

# CERTIFICATE OF SERVICE

On ___8/7/15___, at true and complete copy of this document was delivered to:

Mr. Noel Cooper
117 North St., Suite 2
Nacogdoches, Texas 75961

Carrie Gilcrease, SBN 24053934
Assistant District Attorney
Nacogdoches County, Texas
101 W. Main St. Suite 250
(936)560-7766
(936)560-6036 (fax)